UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHNNY J. WHITTLE,, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security Administration, <br><br> Defendant. | CASE NO. EDCV 07-821 AGR <br><br> ORDER TO SHOW CAUSE |

Pursuant to this Court's Case Management Order of July 17, 2008, the parties were to file a Joint Stipulation in compliance with Paragraph IX of the Court's Order within sixty-six (66) days of the filing of the Answer, i.e., by March 20, 2008. To date, the Joint Stipulation has not been filed with the Court. Accordingly, **no later than April 22, 2008, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and to abide by Court Orders. Filing of the Joint Stipulation on or before March 20, 2008, shall be deemed compliance with this Order to Show Cause.

DATED: April 1, 2008

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE